# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0451

VERSUS

ULY HENDERSON

**AUGUST 23, 2024**

---

In Re:     Uly Henderson, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No.
           789790.

---

**BEFORE:     GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

   **WRIT DENIED.** The district court did not abuse its discretion
in denying the APCR.  The defendant failed to establish that relief
should be granted.  See La. Code Crim. P. art. 930.2.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT